```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

| | |
|---|---|
| CHESTER CLARK TISCHER II and JENNY LEA TISCHER, | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 1:12-CV-4185-CAP |
| BANK OF AMERICA CORPORATION d/b/a BANK OF AMERICA N.A. and BANK OF NEW YORK MELLON, | |
| Defendants. | |

SCHEDULING ORDER

Upon review of the information contained in the Preliminary Report and Discovery Schedule form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above completed form, except as herein modified:

<u>Daubert motions with regard to expert testimony shall be filed no later than 30 days after the close of discovery.</u>

SO ORDERED, this <u>19th</u> day of May, 2014.

<u>/s/Charles A. Pannell, Jr.</u><br>
CHARLES A. PANNELL, JR.<br>
United States District Judge